**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00675-CV

**ROSCOE F. "TREY" WHITE, III, WHITE VENTURES ENERGY LLC, AND TRI-PROPERTIES, LTD., Appellants**

**V.**

**MICHAEL POTTORFF AND MONICA FABBIO, DERIVATIVELY ON BEHALF OF INVESTORS GROUP, LLC F/K/A WE INVESTORS GROUP, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00751-D**

## ORDER

We **GRANT** appellees' October 10, 2014 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than November 26, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE